FILED
CLERK, U.S. DISTRICT COURT
4/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 8:20-cr-00052-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1341: Mail Fraud; 26 U.S.C. § 7206(1): Filing False Tax Return; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| KENT R.E. WHITNEY, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1341]

Beginning in or about September 2014 and continuing to on or about April 4, 2019, defendant KENT R.E. WHITNEY engaged in a scheme to defraud investors through the Church of the Healthy Self ("CHS") and related entities. CHS was a Texas non-profit corporation formed on September 11, 2014. CHS Asset Management, Inc. ("CHS AM"), was a Texas for-profit corporation formed on September 20, 2017. CHS and CHS AM were founded by defendant WHITNEY and were operated by defendant WHITNEY in a strip mall in Westminster, California. Defendant WHITNEY also claimed to be the Pastor for CHS. At the direction of defendant WHITNEY, representatives of CHS appeared on television and in live seminars at CHS offices in Westminster,

California, soliciting investments in CHS Trust, the investment arm of CHS.  Recordings of these appearances were often uploaded to YouTube.  In these appearances, CHS representatives, at the direction of defendant WHITNEY, made the following claims, among others: (1) that CHS Trust guaranteed an annual rate of return of 12%; (2) that CHS Trust guaranteed a return of principal with no risk because the investments were backed by the Federal Deposit Insurance Corporation and the Securities Investor Protection Program; (3) that, in the past five years, the worst return CHS realized was a 1.5% profit for the month of January 2015; (5) that traders used by CHS had not lost money in 15 years; and (6) that CHS was audited by KPMG.

At the time those statements were made, defendant WHITNEY knew the statements were false or misleading.  CHS did not produce a 12% annual return.  Despite millions of dollars deposited from CHS investors, little investor money went into any trading accounts in 2018.  CHS AM was not formed until 2017, and thus defendant WHITNEY's statements regarding its investment performance over the past five years and fifteen years were misleading. CHS was not audited by KPMG.

In reliance on the statements made by CHS representatives during television appearances, live seminars, and sales calls from CHS employees, victim investors sent more than $33 million to CHS from 2014 to 2019.  As part of the scheme, defendant WHITNEY directed that monthly statements of victims' accounts be sent to victims that contained false reports of investment returns, to lull victims into believing their money had been invested and was generating returns consistent with the claims made by CHS representatives.

In furtherance of the scheme, on March 2, 2019, defendant WHITNEY caused the mailing of a monthly statement from CHS Trust to

1  victim V.D., which contained false entries showing a return on
2  investment.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

[26 U.S.C. § 7206(1); 18 U.S.C. § 2(b)]

Between at least 2017 and 2018, defendant KENT R.E. WHITNEY knowingly and willfully caused false tax returns to be signed and filed that did not report income defendant had received from CHS. Specifically, on or around November 15, 2019, defendant WHITNEY knowingly and willfully caused the signing and filing, under penalty of perjury, an IRS Form 1040 which reported that his total income for the tax year 2018 was $17,539, when in fact, as defendant WHITNEY knew, his true income was substantially higher. Defendant WHITNEY's true income for tax year 2018 was at least approximately $452,872, which included approximately $435,333 obtained as a result of fraud committed by defendant WHITNEY through CHS, resulting in a tax loss of at least approximately $130,808.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney